974

In the Matter of PERRY BELLAMY, Appellant, v NEW YORK CITY POLICE DEPARTMENT, Respondent.

Submitted April 15, 2013; decided June 25, 2013

Motion for reargument denied [*see* 20 NY3d 1028 (2013)].

Judges RIVERA and ABDUS-SALAAM taking no part.

In the Matter of the Claim of LEKAN J. BOWEN, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted April 29, 2013; decided June 25, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

ALEXANDER BREYTMAN, Appellant, v ROBERTA S. SCHECHTER, as Executor of DONALD SCHECHTER, Deceased, et al., Respondents, et al., Defendant.

Submitted May 13, 2013; decided June 25, 2013

Motion for leave to appeal dismissed for failure to demonstrate timeliness as required by the Rules of the Court of Appeals (22 NYCRR) § 500.22 (b) (2). Motion for poor person relief etc. dismissed as academic.

In the Matter of CORRINA W., Respondent, v JENNIFER J. et al., Respondents. ATTORNEY FOR THE CHILDREN, Appellant. (And Another Proceeding.)

Submitted May 6, 2013; decided June 25, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.